**Nebraska Court of Appeals Memorandum Opinions**
**NOT Selected for Posting to Court Website**

**(released June 13, 2023)**

The following memorandum opinions were filed by the Nebraska Court of Appeals and can be viewed using SSCALES:

A-22-661        In re Interest of X-Yiere A. et al.
A-22-844,       State v. Holdcroft
  A-22-845

The above-listed memorandum opinions can be viewed online through the appellate court case search available by subscription through Nebraska.gov: http://www.nebraska.gov/subscriber/.

Current subscribers to Nebraska.gov can search appellate court cases here: https://www.nebraska.gov/courts/sccales/.